# Court of Appeals
# of the State of Georgia

ATLANTA,_February 10, 2025_____

*The Court of Appeals hereby passes the following order:*

## A25E0069. RYAN PAPLACZYK v. ROSALIE CERVINO.

Ryan Paplaczyk has filed a pro se emergency motion seeking modification of a child custody order and other relief. Because there has been no showing that an emergency order is necessary to preserve jurisdiction of an appeal or prevent a contested issue from becoming moot, the motion is hereby denied. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_02/10/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*